PEOPLE ex rel. VON BARGEN v. BINGHAM, Police Com'r.

(Supreme Court, Appellate Division, Second Department.   October 12, 1909.)

MUNICIPAL CORPORATIONS (§ 185*)—POLICE DEPARTMENT—NEGLECT OF DUTY—DISCRETION OF COMMISSIONER.

The punishment of a patrolman for neglect of duty in absenting himself from his post is within the sound discretion of the police commissioner, and his exercise thereof will not be interfered with by the courts.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. § 504; Dec. Dig. § 185.*]

---

Certiorari by the People, on the relation of Edward Von Bargen, against Theodore A. Bingham, as Police Commissioner of the City of New York, to review defendant's action in dismissing relator from his position as a patrolman.   Determination of · Police Commissioner confirmed.

Argued before HIRSCHBERG, P. J., and JENKS, GAYNOR, RICH, and MILLER, JJ.

Jacob Rouss (Louis J. Grant, on the brief), for relator.
James D. Bell, for respondent.

RICH, J.   The relator was charged with neglect of duty, the particular specification being that he was absent from his post of duty for several hours on the night of September 15, 1907, and the evidence was amply sufficient to justify the commissioner in finding the relator guilty.   The punishment in such a case is within the sound discretion of the commissioner, and we cannot interfere with his exercise of this discretion.   People ex rel. Masterson ·v. French et al., 110 N. Y. 498, 18 N. E. 133;  People ex rel. Hogan v. French· et al., 119 N. Y. 493, 23 N. E. 1058.

The determination of the police commissioner is confirmed, with costs.   All concur.